DOCUMENTS UNDER SEAL [ ]    TOTAL TIME (mins): 11 min.

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK | REPORTER/FTR | |
|---|---|---|---|
| | Corinne Lew | FTR: 10:22 - 10:33 | |
| MAGISTRATE JUDGE | DATE | NEW CASE | CASE NUMBER |
| Patricia V. Trumbull | 7/16/09 | [ ] | CR 09-00663 PVT |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. [ ] RET. [X] APPT. [ ] |
|---|---|---|---|---|---|
| Luis Alberto Montero | | No | P | Steve Shaiken | |

| U.S. ATTORNEY | INTERPRETER | [ ] FIN. AFFT SUBMITTED | [ ] COUNSEL APPT'D |
|---|---|---|---|
| Law Clerk: Traci Lee | Spanish - T. Oros | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | PARTIAL PAYMENT OF CJA FEES [ ] |
|---|---|---|---|
| | J. Carranza | | |

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| [X] INITIAL APPEAR | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS |
| [ ] I.D. COUNSEL | [X] ARRAIGNMENT 2 min. | [ ] BOND HEARING | [ ] INITIAL APPEAR REV PROB OR S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| [ ] ADVISED OF RIGHTS | [ ] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| [X] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [X] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |

## RELEASE

| | | | | |
|---|---|---|---|---|
| [ ] RELEASED ON O/R | [X] ISSUED APPEARANCE BOND | AMT OF SECURITY $ 10,000 PR | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |

| | | |
|---|---|---|
| PROPERTY TO BE POSTED [ ] CASH $ | CORPORATE SECURITY [ ] | REAL PROPERTY: [ ] |

| | | | | | |
|---|---|---|---|---|---|
| [ ] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [ ] REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| | | | |
|---|---|---|---|
| [ ] CONSENT ENTERED | [X] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| | | | | |
|---|---|---|---|---|
| TO: 7/28/09 | [ ] ATTY APPT HEARING | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] STATUS / TRIAL SET |
| AT: 9:30 a.m. | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING OR ARRAIGN-MENT | [X] CHANGE OF PLEA | [ ] OTHER |
| BEFORE HON. Patricia V. Trumbull | [ ] DETENTION HEARING | | [ ] MOTIONS | [X] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS