**U.S. Courts**
**Case Inquiry Report**

**SPECIAL ASSESSMENT PAID IN FULL**

Defendant: LUIS ALBERTO MONTERO
Amount $ 25.00 Date: 7/28/2009

**Case Number** DCAN509CR000663 **Case Title** US V MONTERO

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | LUIS ALBERTO MONTERO | SPECIAL PENALTY ASSESSMENT | 25.00 | 25.00 | 0.00 |
| 001 | LUIS ALBERTO MONTERO | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | 1,000.00 |
| | | | 1,025.00 | 25.00 | 1,000.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| CT 54611005644 | 07/28/2009 | 07/29/2009 | PR | 25.00 | LUIS ALBERTO MONTERO | O | 04 | 504100 |

| Account Number | Debt Type Line# | Debt Type | Payee Line# | Depository Line# |
|---|---|---|---|---|
| DCAN509CR000663-001 | 1 | SPECIAL PENALTY ASSESSMENT | | |

*** Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |